E-FILED; Baltimore City Circuit Court
Docket: 12/11/2025 1:00 PM; Submission: 12/11/2025 1:00 PM
Envelope: 24205877

| | | |
|---|---|---|
| ROSE ANN PRICE<br>5462 CEDONIA AVENUE<br>BALTIMORE, MD 21206<br><br>TOU/TUO<br><br>MARYLAND TRANSIT ADMINISTRATION<br><br>PLAINTIFFS<br><br>vs.<br><br>EAN HOLDINGS, LLC<br>SERVE ON: THE CORPORATION TRUST, INC<br>2405 YORK ROAD, SUITE 201<br>LUTHERVILLE-TIMONIUM, MD 21093<br><br>&<br><br>CODY DANIEL LARSEN<br>3049 MEADOWLARK DRIVE<br>SIERRA VISTA, AZ 85635<br><br>DEFENDANTS | * * * * * * * * * * * * * * | IN THE<br><br>CIRCUIT COURT<br><br>FOR<br><br>BALTIMORE CITY<br><br>Case No. C-24-CV-25-010186 |

* * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT AND REQUEST FOR JURY TRIAL

The Plaintiff, Rose Ann Price, by her attorneys, Miguel A. Castro and Stavisky, Yoffe & Castro P.A., respectfully brings this action against the Defendants, EAN Holdings, LLC and Cody Daniel Larsen, and for cause states:

1. That on or about February 3, 2023, the Plaintiff, Rose Ann Price, was operating a transit bus, carefully and prudently, traveling eastbound on East Pratt Street at or near its intersection with South Gay Street in Baltimore City, Maryland

2. That at the time and place aforesaid, the Defendant, Cody Daniel Larsen, was driving his motor vehicle, owned by Defendant EAN Holdings, LLC, traveling on the left side of the Plaintiffs vehicle on East Pratt Street.

3. That at all times material, the Defendant, Cody Daniel Larsen, was acting as the agent, servant and/or employee of, and with the express permission of Defendant EAN Holdings, LLC.

4. That suddenly and without warning, the Defendant merged left, entering the Plaintiff's lane of travel and blocking the Plaintiff's pathway, causing a collision.

5. That at the time of the occurrence, Defendant, Cody Daniel Larsen, was operating said vehicle in a careless, reckless and negligent manner in that he failed to keep a proper lookout, failed to obey a traffic control device, failed to keep proper control over the vehicle, was operating the vehicle at a speed greater than reasonable, and was in other ways careless, negligent for failing to stop and yield to a vehicle properly established on the roadway by entering their lane of travel.

6. That as a direct and proximate result of the negligence of the Defendant, aforesaid, the Plaintiff, Rose Ann Price, was caused to be thrown in and about her vehicle with great force and violence, striking against the inner fittings of her vehicle, and was caused to sustain serious, painful and permanent injuries to her head, neck, body and limbs, was caused to suffer great physical pain and mental anguish as a result of her injuries; was caused to undergo the pain, inconvenience and aggravation of treatment for her injuries by hospitals and medical practitioners; was caused to incur great expense for said medical treatment; and Plaintiff was, is now and will be in the future caused to be precluded from her normal activities, duties and pursuits, all to her loss and detriment.

7. That all said losses and damages are in fact the direct and proximate result of the negligence of the Defendant, Cody Daniel Larsen, without any fault or negligence on the part of the Plaintiff contributing thereunto, directly or indirectly.

8. That Defendant EAN Holdings, LLC is vicariously liable for the negligence of its agent, servant and/or employee, Cody Daniel Larsen.

9. Maryland Transit Administration has been joined as Use Plaintiffs because of certain benefits paid under Title Nine of the Labor and Employment Article of the Annotated Code of Maryland.

**WHEREFORE**, the Plaintiff requests that judgment be entered in her favor and against the Defendants, EAN Holdings, LLC and Cody Daniel Larsen, jointly and severally in the amount in excess of Seventy-Five Thousand Dollars ($75,000.00), plus court costs; and Plaintiff seeks such further relief as this Honorable Court may deem necessary, proper and just.

## REQUEST FOR JURY TRIAL

The Plaintiff requests that this case be tried by and before a jury.

Miguel A. Castro
Stavisky, Yoffe & Castro P.A.
1206 Saint Paul Street
Baltimore, MD 21202
(410) 669-0098
mcastro@syclawfirm.com
AIS No. 1506160049
*Counsel for Plaintiff*